JOHN BAILER, Respondent, *v.* EUPHEMIA RINGE et al., Appellants.

Argued March 15, 1940; decided April 16, 1940.

*Milton A. Sadolsky* and *George Goodstein* for appellants. *Frederick B. Merkle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.